IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

Charlotte Division

UNITED STATES OF AMERICA

v.

DONALD RAY BARBER,

Defendant.

Criminal Action Number 3:93CR124
Civil Action Number 3:00CV198

## **ORDER**

The Clerk is DIRECTED to REASSIGN this matter, including any pending motions, to a judge in the Charlotte Division.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record and the defendant.

June 25, 2007      /s/ Richard L. Williams
DATE             RICHARD L. WILLIAMS
                 SENIOR UNITED STATES DISTRICT JUDGE