UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:93-cr-00124-FDW

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| vs. | ) | |
| | ) | |
| (1) DONALD RAY BARBER, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

THIS MATTER is before the Court on Defendant's Motions to Reduce Sentence (Docs. Nos. 430, 431). Also before the Court is Defendant's Motion to Expedite Ruling (Doc. No. 432).

For the reasons stated in the Government's Response (Doc. No. 436), Defendant's Motions to Reduce Sentence are GRANTED, and his term of imprisonment is reduced to time served plus ten (10) days. All other aspects of the judgment, including but not limited to his term of supervised release, are to remain intact.

Because Defendant's Motions (Docs. Nos. 430, 431) are granted, his Motion to Expedite Ruling (Doc. No. 432) is DENIED AS MOOT.

IT IS SO ORDERED.

Signed: May 27, 2020

Frank D. Whitney
Chief United States District Judge

1